EXHIBIT 1

ıll T-Mobile Wi-Fi 📶　　9:33 PM

< 　THEDANCERSRIG
**Posts**



 **thedancersrights**



jack khorsandi <bigjackking@gmail.com>     Ernest Franceschi

**thedancersrights** Join the Federal Lawsuit against La Vida Gentlemen's Club! We sued La Vida and their owner in Federal Court for violating labor laws, including for kickback house fees and the same type of "independent contractor" agreements that nearly 20 other federal courts have rejected. For a free confidential consultation visit www.dancersrights.com, DM us or text at (310) 913-1201. #dancerrights #wagetheft #keepyourtips #housefees #vipfee #ad  #dancedancedance #flsa #stopwagetheft



**thedancersrights** ¡Únase a la Demanda Federal contra La Vida Gentlemen's Club! Demandamos al Club La Vida y al Dueño en la Corte Federal por violar las leyes laborales, por pagos de sobornos y el mismo tipo de acuerdos de "contratistas independientes" que casi 20 otras Cortes Federales han rechazado! Para una consulta confidencial y gratuita, visite www.dancersrights.com, envíenos un DM o envíe un mensaje de texto al (310) 913-1201. #dancerrights #wagetheft #keepyourtips #housefees #vipfee #ad #dancedancedance #flsa



GENTLEMEN'S CLUB
NOW!

Advertisement
Dancers Rights is a
Collaboration Between
Hughes Ellzey, LLP & Kristensen LLP
Each Case is Different,
Effort is Guaranteed, Outcome is Not.