EXHIBIT 2

# Ernest Franceschi

**From:** Ernest Franceschi
**Sent:** Thursday, November 12, 2020 7:39 PM
**To:** Jesenia Martinez; John Kristensen
**Subject:** RE: Rosario v. 11343 Penrose, Inc.

Jessenia:

There is no First Amendment right to put out a false and misleading notice with the intent of subverting what will be the court approved notice. The court has the inherent authority to control and regulate the conduct of its officers in pending actions in order to manage its cases appropriately. This has nothing to do with advertising for clients to bring lawsuits. There is already an action pending which has been conditionally certified, and notice must proceed according to law. The only notice you can send out is the one approved by the court, which has yet to occur. I strongly suggest that you take down the posting and affirm there are no other social media notices with regard to this action.

Ernest J. Franceschi, Jr., Esq.
FRANCESCHI LAW CORPORATION
Trial Lawyers
4640 Admiralty Way, 5th Floor
Marina del Rey, California 90292
Tel: (213) 622-0835
Fax: (213) 622-0837
Email: ejf@franceschilaw.com

---

**From:** Jesenia Martinez [mailto:jesenia@kristensenlaw.com]
**Sent:** Thursday, November 12, 2020 5:18 PM
**To:** Ernest Franceschi <EJF@FranceschiLaw.com>; John Kristensen <John@kristensenlaw.com>
**Subject:** RE: Rosario v. 11343 Penrose, Inc.

Mr. Franceschi,

You have not provided any legal authority for your position which clearly requests a prior restraint and implicates First Amendment issues. Your prior correspondence also contained inaccuracies about the posts. If you have case law that precludes attorneys from advertising please provide it to us so we can meaningfully consider your argument. To be clear, by case law we mean actual cases where a court instituted a gag order.

We look forward to receiving your case law and reviewing it so that we may appropriately respond.

Thank you,

Jesenia A. Martinez



**ATTORNEYS FOR PLAINTIFFS**
12540 Beatrice Street, Suite 200

1

Los Angeles, California 90066
Tel: (310) 507-7924 | Fax: (310) 507-7906
jesenia@kristensenlaw.com | www.kristensenlaw.com

*This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Ernest Franceschi [mailto:EJF@FranceschiLaw.com]
**Sent:** Thursday, November 12, 2020 1:42 PM
**To:** John Kristensen; Jesenia Martinez
**Subject:** RE: Rosario v. 11343 Penrose, Inc.

Mr. Kristensen:

This email is sent to you pursuant to Local Rule 7-19.1 to ascertain if you intend to oppose our forthcoming ex parte application. You did not respond to our email of yesterday demanding that you take down your Instagram post that purports to give notice of the action against La Vida without court approval. We now intend to move ex parte on Monday November 16, 2020 for an order requiring you to remove the Instagram post and any other social media and internet messaging that purports to give notice to the public about the La Vida Action. Please advise if you intend to oppose the application.

Ernest J. Franceschi, Jr., Esq.
FRANCESCHI LAW CORPORATION
Trial Lawyers
4640 Admiralty Way, 5th Floor
Marina del Rey, California 90292
Tel: (213) 622-0835
Fax: (213) 622-0837
**Email: ejf@franceschilaw.com**

2

**Ernest Franceschi**

| | |
|---|---|
| **From:** | Ernest Franceschi |
| **Sent:** | Wednesday, November 11, 2020 2:45 PM |
| **To:** | John Kristensen; Jesenia Martinez |
| **Subject:** | RE: Rosario v.. 11343 Penrose, Inc., et al. |

John,

We are shocked to learn that about the existence of an Instagram post entitled "Join the Lawsuit Against La Vida Gentlemen's Club Now!" The posting which was obviously put up by your office was not authorized by the Court and purports to give notice of the action and solicits dancers to "join the Federal Lawsuit against La Vida…" As you certainly know, the Court has yet to authorize the contents of the notice and the means by which notice must be given. Moreover, this posting is materially false and patently misleading. It fails to disclose that anyone opting in will be subject to the counterclaims and may be required to return the revenue they earned as an independent contractor in order to receive minimum wage, less withholdings. The use of #keepyourtips, #housefees, and, #vipfees falsely implies that dancers will be able to retain such revenue, which is directly contrary to the Court's ruling denying your motion to dismiss the counterclaims. We believe that this is how you obtained Kendell Jones as a client, and if so, it is obvious that she was not informed of the counterclaims and the potential consequences to her of opting in.

Demand is therefore made that you immediately take down the Instagram post as well as any other social media and/or internet solicitations seeking dancers to join the La Vida lawsuit. Unless you agree to do so forthwith, we will have no alternative but to move the court ex parte for an order directing you to do so. We are also separately considering bringing a motion to disqualify you and your firm from further representation of Plaintiff and members of the putative class for having posted an unauthorized and false notice that is contrary to the Court's ruling on the motion to dismiss the counterclaims, and which is obviously intended to mislead putative class members.

Ernest J. Franceschi, Jr., Esq.
FRANCESCHI LAW CORPORATION
Trial Lawyers
4640 Admiralty Way, 5th Floor
Marina del Rey, California 90292
Tel: (213) 622-0835
Fax: (213) 622-0837
**Email: ejf@franceschilaw.com**