John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
Alejandro Marin (SBN 329185)
**KRISTENSEN LLP**
5757 Century Boulevard, Suite 680
Los Angeles, California 90045
Telephone: 310-507-7924
Facsimile:  310-507-7906
*john@kristensenlaw.com*
*jesenia@kristensenlaw.com*
*alejandro@kristensenlaw.com*

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| GABRIELA ROSARIO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> 11343 PENROSE INC. dba LA VIDA GENTLEMEN'S CLUB, a California Corporation; CINDY CHAVIRA, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-04715-SB-RAO <br><br> **JOINT STIPULATION TO REOPEN CASE** <br><br> Complaint Filed: May 27, 2020 |

**COME NOW** plaintiffs Gabriela Rosario, Taylor Canino, Ebony Dodson, Genevieve Fabela, Joanna Flores, Kendell Jones, Stephanie Lopez, Cassandra Maldonado, Oriyanna McDowell, Anna Rincon, and Chanda Lynette Tresvant (collectively, "Plaintiffs") and defendants 11343 Penrose, Inc. dba La Vida Gentlemen's Club and Cindy Chavira (collectively, "Defendants"), by and through their respective counsel, and state as follows:

**WHEREAS**, this matter was filed by plaintiff Gabriela Rosario on May 27, 2020. *See* Dkt. 1.

**WHEREAS**, this matter was conditionally certified as a collective on October 16, 2020. *See* Dkt. 67.

**WHEREAS**, notice was issued by Plaintiffs' counsel and plaintiffs Taylor Canino, Ebony Dodson, Genevieve Fabela, Joanna Flores, Kendell Jones, Stephanie Lopez, Cassandra Maldonado, Oriyanna McDowell, Anna Rincon, Chanda Lynette Trevant, and Mayeli Ayala[1] opted in as plaintiffs to this matter.

**WHEREAS**, on June 10, 2021, mediation was held where Plaintiffs and Defendants (collectively, the "Parties") reached a settlement in principle.

**WHEREAS**, Plaintiffs' counsel drafted and circulated a draft Memorandum of Understanding, which was ultimately executed by Defendants' counsel. *See* Declaration of John P. Kristensen ("Kristensen Decl.") ¶ 2.

**WHEREAS**, Plaintiffs' counsel took the laboring oar of preparing settlement agreements for all Plaintiffs and circulated the settlement agreements for review and signature for all Plaintiffs and Defendants, which took some time. *See* Kristensen Decl. ¶ 3.

**WHEREAS**, counsel for Plaintiffs was preparing for and was engaged in a jury trial in Los Angeles County Superior Court beginning on July 9, 2021, which

---

[1] Plaintiffs' counsel will move to withdraw from representing Plaintiff Mayeli Ayala's claims due to non-communication and cooperation in this matter. The motion is filed concurrently with this Joint Stipulation.

lasted until the jury rendered a verdict on July 29, 2021 for punitive damages. *See* Kristensen Decl. ¶ 4.

**WHEREAS**, lead counsel for Plaintiffs welcomed a baby on September 7, 2021 and was out of the office on paternity leave. Upon Plaintiffs' counsel's return, the preparation for two arbitrations which were scheduled for September 21, 2021 and October 12, 2021 was required. *See* Kristensen Decl. ¶ 5.

**WHEREAS**, Plaintiffs' counsel moved offices as of November 1, 2021, which required the move and transfer of Plaintiffs' counsel's computer systems and files. *See* Kristensen Decl. ¶ 6.

**WHEREAS**, concurrently with this Joint Stipulation, Plaintiffs' will file an unopposed Motion for Approval of FLSA Settlement.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, by and among the undersigned, that:

1. This matter be reopened for the Court to rule on the following: (1) Plaintiffs' unopposed Motion for Approval of FLSA Settlement; and (2) Plaintiffs' counsel's Motion to Be Relieved As Counsel for Plaintiff Mayelli Ayala.

Dated: November 4, 2021   Respectfully submitted,

By: */s/ John P. Kristensen*
John P. Kristensen
Jesenia A. Martinez
Alejandro Marin
**KRISTENSEN LLP**
*Attorneys for Plaintiffs*

Dated: November 4, 2021   Respectfully submitted,

By: */s/ Benjamin Hill* (with permission)
Benjamin Hill
**INHOUSE CO.**
*Attorney for Defendants*

## **LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

*/s/ John P. Kristensen*
John P. Kristensen

# CERTIFICATE OF SERVICE

  I certify that on Thursday, November 04, 2021, a true and correct copy of the attached **JOINT STIPULATION TO REOPEN CASE** and accompanying documents were served via CM/ECF upon all participants of record, including the individual(s) listed below, pursuant to Fed. R. Civ. P. 5:

Benjamin Hill
**INHOUSE CO.**
15260 Ventura Blvd, Suite 1200
Sherman Oaks, California 91403
Telephone: (818) 452-4430
Email: ben@inhouseco.com

***Attorney for Defendants***

                */s/ John P. Kristensen*
                 John P. Kristensen