UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA ROSARIO et al., | Case No. 2:20-cv-04715-SB-RAO |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| 11343 PENROSE INC. dba LA VIDA GENTLEMEN'S CLUB et al., | |
| Defendants. | |

For the reasons stated in the Court's January 10, 2022 Order granting Plaintffs' request to reopen the case for entry of the stipulated judgments, it is ORDERED AND ADJUDGED that judgment is entered jointly and severally against Defendants 11343 Penrose Inc. dba La Vida Gentlemen's Club and Cindy Chavira and non-party Jack Khorsandi and in favor of:

Plaintiff Taylor Canino, in the amount of $30,000 plus attorneys' fees and costs;

Plaintiff Ebony Dodson, in the amount of $20,000 plus attorneys' fees and costs;

Plaintiff Genevieve Fabela, in the amount of $30,000 plus attorneys' fees and costs;

Plaintiff Joanna Flores, in the amount of $25,000 plus attorneys' fees and costs;

Plaintiff Kendell Jones, in the amount of $25,000 plus attorneys' fees and costs;

1

Plaintiff Stephanie Lopez, in the amount of $25,000 plus attorneys' fees and costs;

Plaintiff Cassandra Maldonado, in the amount of $25,000 plus attorneys' fees and costs;

Plaintiff Oriyanna McDowell, in the amount of $25,000 plus attorneys' fees and costs;

Plaintiff Anna Rincon, in the amount of $30,000 plus attorneys' fees and costs;

Plaintiff Gabriela Rosario, in the amount of $10,000 plus attorneys' fees and costs; and

Plaintiff Chanda Lynette Tresvant, in the amount of $20,000 plus attorneys' fees and costs;

These judgments shall not, and do not, have limitation, or operate as a bar, to collect any additional amounts due to or to take further legal action to enforce the agreement and this judgment.

This is a Final Judgment.

Dated: January 25, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge